George J. Wall, OSB No. 934515
gwall@eastpdxlaw.com
825 NE 20th Ave, Suite 330
Portland, OR 97232
Telephone: (503)236-0068
Fax No.: (503)236-0028

Of Attorneys for Plaintiff, John Winward

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| John Winward, | ) | Case No.:  3:20-cv-00690-JR |
| Plaintiff, | ) | |
| v. | ) | ORDER OF DISMISSAL |
| Andrew Saul, Commissioner, Social Security Administration, | ) | |
| Defendant. | ) | |

_____

After considering the Plaintiff's motion for dismissal with prejudice, it is hereby

ORDERED that dismissal is granted.

IT IS SO ORDERED this 15th day of March, 2021.

      /s/ Jolie A. Russo
Jolie A. Russo
UNITED STATES MAGISTRATE JUDGE

//

//

//

//

Page 1 – ORDER OF DISMISSAL

Proposed order submitted:   March 15, 2021.

/s/ George J. Wall
George J. Wall, OSB No. 934515
825 NE 20th Ave, Suite 330
Portland, OR 97232
Telephone: (503)236-0068
Fax: (503)236-0028
gwall@eastpdxlaw.com
Attorney for Plaintiff, John Winward

Page 2 – ORDER OF DISMISSAL